**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sharese Tomelle Evans, Tyrone Washington, and Harold Constance Hollingsworth, Jr., Defendants,

Of whom Sharese Tomelle Evans is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-000079

———————————

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-279
Submitted July 3, 2019 – Filed July 31, 2019

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Ryan A. Stampfle, of Indigo Family Law, LLC, of Surfside Beach, for the Guardian ad Litem.

———————

**PER CURIAM:**  Sharese Tomelle Evans appeals from the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Evans's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.